**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Charles Wesley WILLIAMS,**
**Defendant–Appellant.**

**No. 15–1616.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 5, 2015.

Filed: Oct. 14, 2015.

Troy K. Stabenow, Asst. Fed. Public Defender, Jefferson City, MO (Laine Cardarella, Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Jim Y. Lynn, Asst. U.S. Atty., Jefferson City, MO, for appellee.

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

**PER CURIAM.**

At a supervised-release revocation hearing, Charles Williams admitted to the district court[1] that he had violated several of

---

**1.** The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

his release conditions while serving a period of supervised release on a federal criminal sentence. The court revoked supervised release and imposed a revocation sentence of 21 months in prison—the bottom of the Chapter 7 revocation range—and 1 year of additional supervised release. On appeal, Williams contends that the sentence is substantively unreasonable because it is greater than necessary to comply with the purposes of 18 U.S.C. § 3553(a). After careful review, we conclude that the court did not abuse its discretion. *See United States v. Miller*, 557 F.3d 910, 915–16 (8th Cir.2009) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.